FILED

02/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0644

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0644

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHRIS LANDON LOBERG,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 31, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 22 2023